IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00038-FDW

| MANUEL C. BENITEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOE BARRINGER, Sgt.; ELIZABETH SEBIK, Fines, Penalties and Forfeiture, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on a review of Plaintiff's second motion for reconsideration of the Order dismissing his civil rights complaint which he filed pro se pursuant to 42 U.S.C. § 1983, and while a prisoner of the State of North Carolina.

For the reasons stated in the order denying the first motion for reconsideration, (Doc. No. 10), the Court finds that the present motion should be denied.

**IT IS, THEREFORE, ORDERED** that Plaintiff's second motion for reconsideration is **DENIED**. (Doc. No. 11).

Signed: September 8, 2016

Frank D. Whitney
Chief United States District Judge